Richard A. Lee, OSB No. 842719
Email: lee@bodyfeltmount.com
Vicki M. Smith, OSB No. 015110
Email: smith@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Of Attorneys for Defendant Allstate Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware Corporation, formerly known as ROYAL INDEMNITY COMPANY, as successor in interest to ROYAL GLOBE INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>      v.<br><br>PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, as successor to all of the liabilities of NORTHWESTERN PACIFIC INDEMNITY COMPANY, an Oregon corporation, ALLSTATE INSURANCE CORPORATION, an Illinois corporation, HARTFORD ACCIDENT AND INDEMNITY COMPANY, a Connecticut corporation, FARMERS INSURANCE COMPANY OF OREGON, an Oregon corporation, EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation, and LUMBERMENS MUTUAL GROUP, an Illinois corporation, as successor to all of the liabilities of KEMPER and KEMPER INSURANCE COMPANIES, Illinois corporations;<br><br>                  Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(28 U.S.C.§§ 1332(a) and 1441) (Diversity Jurisdiction)<br><br>DEMAND FOR JURY TRIAL |

Page 1 - NOTICE OF REMOVAL OF CIVIL ACTION

**TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND DIVISION:**

**PLEASE TAKE NOTICE THAT** Defendant Allstate Insurance Company, incorrectly sued as Allstate Insurance Corporation ("Allstate), respectfully removes this action from the Multnomah County Circuit Court of the State of Oregon, where it is currently pending, to the United States District Court for the District of Oregon, Portland Division.  This Notice is submitted pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446.

As grounds for removal, Allstate states as follows:

## I.  TIMELINESS OF REMOVAL

1.    On or about December 17, 2018, Plaintiff Arrowood Indemnity Company, formerly known as Royal Indemnity Company, and as successor in interest to Royal Globe Insurance Company ("Arrowood") filed a complaint against Allstate and other insurers in the Multnomah County Circuit Court of the State of Oregon.  A copy of the complaint is attached as Exhibit A to this Notice.  In the complaint, Arrowood seeks a declaration that the "Defendant Insurers" (all defendants named herein) "owe contribution to Arrowood for their just and equitable share of the common liability relating to the defense of the State of Oregon ('the State'), by and through its Department of Transportation ('ODOT') against claims, demands, suits and proceedings asserted by the United States Environmental Protection Agency ('EPA'), the Portland Harbor Natural Resource Trustee Council, and others for response costs and damages arising from alleged groundwater, surface water, soil, and sediment contamination in connection with the Portland Harbor Superfund matters."

2.    Allstate has not yet been served in this matter but became aware the action was filed on December 18, 2018.

Page 2 - NOTICE OF REMOVAL OF CIVIL ACTION

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

3.      To the best of Allstate's knowledge, no other defendant has been served as of the filing of this Notice of Removal.

4.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because fewer than thirty (30) days have passed since Allstate received "through service or otherwise … a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  *See* 28 U.S.C. § 1446(b).

## II.  JURISDICTIONAL BASIS FOR REMOVAL

5.      Allstate seeks to remove this case to federal court on the basis of complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332.

6.      For purposes of diversity jurisdiction, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business …."  28 U.S.C. § 1332(c)(1).

7.      Plaintiff Arrowood is an insurance company incorporated in Delaware with its principal place of business in North Carolina and was formerly known as Royal Indemnity Company, which is the successor in interest to Royal Globe Insurance Company.

8.      Defendant Allstate is an insurance company incorporated under the laws of the State of Illinois with its principal place of business in Illinois.

9.      Defendant Northwestern Pacific Indemnity Company ("NWPI") was incorporated under the laws of the State of Oregon on February 14, 1963.  The original Certificate of Authority was issued by the Oregon Insurance Division on March 1, 1963. NWPI was a member of The Chubb Corporation holding company system and was a wholly owned subsidiary of PIC, a property and casualty insurer domiciled in Wisconsin. As a result of a *Transfer and Assumption Agreement* between PIC and Cottage Insurance Holdings, Inc., PIC accepted and assumed all liabilities of any kind of NWPI, including all

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

liabilities relating to or arising from policies issued prior to February 12, 2013.  Upon information and belief, Federal Insurance Company, an Indiana corporation, in turn owns PIC.  The Chubb Corporation, a New Jersey corporation, owns Federal Insurance Company.  Upon information and belief, both Federal Insurance Company and The Chubb Corporation maintain their principal place of business in New Jersey.

10.    Defendant Employers Insurance Company of Wausau ("Wausau") is an insurance company incorporated in, and which maintains its principal place of business in, Wisconsin.

11.    Defendant Hartford Accident and Indemnity Company ("Hartford") is an insurance company incorporated in, and which maintains its principal place of business in, Connecticut.

12.    Defendant Lumbermens Mutual Group ("Lumbermens") is an insurance company incorporated in, and which maintains its principal place of business in, Illinois. The company and its affiliates formerly operated under the trade names "Kemper" and "Kemper Insurance Companies," which were insurance companies incorporated in, and with their principal places of business in, Illinois.

13.    Although Farmers Insurance Company of Oregon ("Farmers") is an insurance company purportedly incorporated in, and which purportedly maintains its principal place of business in, Oregon, Farmers has not yet been served and removal is appropriate.  *See* 28 U.S.C. § 1446(b)(2).

14.    As no defendant is a citizen of North Carolina, there is complete diversity between the Plaintiff and the Defendants.  Defendants are entitled to have this cause removed from the Multnomah County Circuit Court of the State of Oregon to the United States District Court for the District of Oregon, Portland Division, the federal district where

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

the state suit is pending.  Therefore, jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

### III.  THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

15.     Plaintiff is seeking a declaratory judgment that the Defendants "owe their fair, equitable and respective share of contribution, along with Arrowood, toward, toward [*sic*] the defense of ODOT in connection with the investigation and remediation expenses or any other claims associated with the Portland Harbor Claims."

16.     The complaint does not demand any specific sum.  Public filings regarding the Portland Harbor Superfund site indicate that the amount at issue far exceeds $75,000.  Because Plaintiff is diverse from Defendants and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, this Court has original jurisdiction over the claims pursuant to 28 U.S.C. § 1332.

### IV.  PAPERS FROM REMOVED ACTION

16.     Copies of all pleadings in the action pending in Multnomah County Circuit Court are attached hereto as Exhibit A.

### V.  NOTICE TO PLAINTIFF

17.     Defendants have served written notice of this filing on counsel for Plaintiffs as required by 28 U.S.C. § 1446(d).

### VI.  NOTICE TO STATE COURT WHERE REMOVED ACTION WAS PENDING

18.     After the filing of this Notice of Removal, Allstate will transmit a copy of this Notice of Removal to the Clerk of the Multnomah County Circuit Court of the State of Oregon as required by 28 U.S.C. § 1446(d).

### VII.  NON-WAIVER OF DEFENSES

19.     By removing this action from the Multnomah County Circuit Court of the State of Oregon, Allstate does not waive any defenses available to it or admit any of the

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

allegations in Plaintiff's complaint.  Further, Allstate reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant Allstate respectfully removes the above-captioned action from the Multnomah County Circuit Court of the State of Oregon to the United States District Court for the District of Oregon, Portland Division.

DATED this 18th day of December, 2018.

**BODYFELT MOUNT LLP**

BY:   s/ Richard A. Lee
          Richard A. Lee, OSB No. 842719
          Email: lee@bodyfeltmount.com
          Vicki M. Smith, OSB No. 015110
          Email: smith@bodyfeltmount.com
          Phone: (503) 243-1022
          Fax: (503) 243-2019

          Of Attorneys for Defendant Allstate Insurance
          Company

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true copy of the foregoing **NOTICE OF REMOVAL OF**

**CIVIL ACTION** on the following attorneys on the date noted below via the following method:


Nicholas L. Dazer
Nicholas Dazer PC
121 SW Morrison St., Suite 475
Portland, OR  97204
Fax: (503) 953-1039
Email: nick@dazerlaw.com

    *Of Attorneys for Plaintiff*


Method:   ☐ US Mail, postage prepaid
            ☐ Facsimile
            ☐ Hand Delivery
            ☒ CM/ECF Electronic Service

Dated this 18th day of December, 2018.


            BY:   s/ Richard A. Lee
                 Richard A. Lee, OSB No. 842719
                 Email: lee@bodyfeltmount.com
                 Vicki M. Smith, OSB No. 015110
                 Email: smith@bodyfeltmount.com
                 Phone: (503) 243-1022
                 Fax: (503) 243-2019

                 Of Attorneys for Defendant Allstate Insurance
                 Company


Page 1 - CERTIFICATE OF SERVICE