IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ARROWOOD INDEMNITY CO.,

    Plaintiff,

v.

PACIFIC INDEMNITY CO. et al.,

    Defendants.

No. 3:18-cv-02183-MO

ORDER OF REMAND

MOSMAN, J.,

    This matter is before me on Plaintiff's Motion to Remand [23]. After initially opposing Plaintiff's Motion to Remand, Defendant Allstate Insurance Company withdrew its opposition. Notice of Withdrawal [41]. No other Defendant joined Allstate Insurance Company in opposing Plaintiff's Motion to Remand. Therefore, the Motion to Remand is GRANTED and this case is remanded to Multnomah County Circuit Court.

    IT IS SO ORDERED.

    DATED this 2 day of May, 2019.

                                       MICHAEL W. MOSMAN
                                       Chief United States District Judge

1 – ORDER OF REMAND